JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO INCHAU STEQUI, | Case No. CV 19-7747-DOC (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| PATTON STATE HOSPITAL, ET AL., | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: October 18, 2019

HONORABLE DAVID O. CARTER
United States District Judge